MORGAN GUARANTY TRUST COMPANY OF NEW YORK,
TRUSTEE (ESTATE OF JONATHAN PETERSON)
*v.* MARION P. HEISER ET AL.

The defendant Bank of New York, trustee, having filed a motion for the reassignment of the argument of the reservation from the Superior Court in Fairfield County at Stamford in the above-entitled case and for permission to file a brief, it is ordered that the Bank of New York, trustee, be, and hereby is, permitted to file a brief forthwith, that the other parties be, and hereby are, permitted to file reply briefs thereto on or before November 10, 1965, and that the reservation be, and hereby is, assigned for argument in the December, 1965, term.

*Eunice M. O'Neill,* in support of the motion.

Submitted September 10—decided October 7, 1965

BOARD OF EDUCATION OF THE CITY OF WEST HAVEN
*v.* COMMISSION ON CIVIL RIGHTS OF THE STATE
OF CONNECTICUT

The petition by Ira B. Grudberg for leave to file a brief and to argue before this court as amicus curiae in the appeal from the Superior Court in New Haven County is granted to the extent of permitting the filing of a brief within twenty days from the date of the filing of the appellant's brief; otherwise, the petition is denied.

Submitted October 11—decided October 28, 1965